# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LANA WILLIAMS, | Case No. 1:18-cv-01473-AWI-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN THIS ACTION WITHOUT PREPAYMENT OF FEES |
| v. | |
| TACO BELL, | (ECF No. 3) |
| Defendant. | |

Lana Williams ("Plaintiff"), proceeding pro se, filed this action on October 25, 2018. (ECF No. 1.) Along with her complaint, Plaintiff filed an application to proceed without prepayment of fees in this action pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The Court has reviewed Plaintiff's application and finds that it demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court shall not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated: **October 29, 2018**

UNITED STATES MAGISTRATE JUDGE

1