# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL,<br><br>Defendant. | Case No. 1:18-cv-01473-AWI-SAB<br><br>ORDER REVOKING *IN FORMA PAUPERIS* STATUS ON APPEAL FILED FEBRUARY 28, 2019<br><br>(ECF No. 16)<br><br>ORDER DIRECTING CLERK OF THE COURT TO FORWARD ORDER TO NINTH CIRCUIT COURT OF APPEALS |

On February 1, 2019, an order issued dismissing the complaint in this action for lack of jurisdiction and judgment was entered. (ECF Nos. 11, 12.) On February 28, 2019, Plaintiff Lana Williams filed a notice of appeal challenging the dismissal of this action which was processed to the Ninth Circuit Court of Appeals. (ECF No. 13.) On March 7, 2019, the Ninth Circuit referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal or whether the appeal is frivolous or taken in bad faith.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The test for allowing an appeal *in forma pauperis* is satisfied if the appellant seeks review of any issue that is not frivolous. Gardner v. Pogue, 558 F.2d 548, 550–51 (9th Cir.1977) (citing Coppedge v. United States, 369 U.S. 438, 445 (1962)) (quotation marks omitted); see also Hooker v. American Airlines, 302 F.3d 1091,

1092 (9th Cir.2002) (if at least one issue or claim is non-frivolous, the appeal must proceed in forma pauperis as a whole). An action is frivolous "where it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325, (1989). In other words, the term "frivolous", as used in § 1915 and when applied to a complaint, "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." Id.

Here, Plaintiff brought this action seeking damages after she tripped and fell on a rug at Taco Bell. Following review by the Magistrate Judge, the original complaint and a first amended complaint were dismissed for lack of subject matter jurisdiction. The dismissal orders provided the appropriate jurisdictional standards. A second amended complaint was also reviewed by the Magistrate Judge. The Magistrate Judge issued a Findings and Recommendation to dismiss the second amended complaint for lack of subject matter jurisdiction. The Court adopted the Findings and Recommendation, dismissed the second amended complaint, and closed the case.

Plaintiff seeks review of the order dismissing this action, but has set forth no legal basis upon which federal jurisdiction exists in this action. Since Plaintiff failed to allege any facts demonstrating that federal jurisdiction exists, the basis of dismissal is not legally or factually subject to reasonable dispute. For this reason, the Court finds that Plaintiff's appeal of this action is frivolous and is not made in good faith.

Accoridngly, IT IS HEREBY ORDERED that:

1. Plaintiff's *in forma pauperis* status is revoked; and
2. The Clerk of the Court is directed to forward a copy of this order to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: __March 11, 2019__  _____
SENIOR DISTRICT JUDGE

2